SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

**TO:**   1.  *Intake Clerk* *

        2.  *Case Administrator*

**FROM:**   *Financial Administrator*

**DATE:**   3/23/2021

**CASE NAME:**   Johnson

**CASE NUMBER:**   17-23925-TPA

**Check Number** 10114  in the amount of $ 11,875.00  was received this date and placed in an existing registry account of unclaimed funds.

**Receipt Number:**   17308        **Intake Clerk's Initials**  NS

\*   AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD</u> <u>TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.

*#4b-F*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| JOHNSON, RONALD A ) | Case No. <u>17-23925-TPA</u> |
| ) | |
| Debtor, ) | Chapter 7 |
| ) | |
| Rosemary C. Crawford, Trustee ) | Doc. No. |
| ) | |
| Movant, ) | |
| ) | |
| No Respondent. ) | |

## TRANSMITTAL OF UNCLAIMED FUNDS

Rosemary C. Crawford, Trustee of this estate, reports the following:

A check was issued to the following debtor on September 23, 2020, pursuant to Adversary #19-02144 Docket #18 Order Approving the Trustee's Proposed Distribution of Property of the Estate and the Consent Order of Court filed on September 2, 2020 at Docket #173.

1. The check made payable to the following debtor has not been cashed and ninety days have passed since the final distribution and a stop payment was placed on the check:

Ronald Johnson                                                                                                  $11,875.00
316 Broadway
Elizabeth, NJ 07206

Total                                                                                                                         $11,875.00

2. Due to the debtor not cashing his check said monies are being turned over to the Court. My Trustee check for $11,875.00 made payable to the Clerk, U.S. Bankruptcy Court is attached to this report.

Respectfully submitted,

/s/ Rosemary C. Crawford
Rosemary C. Crawford, Esq., Trustee
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101
Pa. I.D. No. 56981
(724) 443-4757
crawfordmcdonald@aol.com

Dated March 17, 2021

Trustee * Transmittal of Unclaimed Funds