FILED
11/12/2021  2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

RE: Application For Payment of Unclaimed Funds

Case No. 17-23925-TPA. Debtor Ronald A Johnson

Filed By Adams & Cohen, LLC on November 11, 2021
DOC # 190



RE: Application For Payment of Unclaimed Funds

Case No. 17-23925-TPA. Debtor Ronald A Johnson

Filed By Adams & Cohen, LLC on November 11, 2021
DOC # 190





JAIRO CAMARGO
MANAGING PARTNER

841 PRUDENTIAL DRIVE, SUITE 1200
JACKSONVILLE, FL 32207
T: 904.204.9148  F: 888.978.2226