FILED
11/22/2021 9:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 17-23925-TPA |
|---|---|
| RONALD A JOHNSON, | Chapter 7 |
| Debtor, | Related to Doc. No. |
| ADAMS & COHEN, LLC, AS ASSIGNEE TO RONALD A JOHNSON, | |
| Movant, | |
| v. | |
| RONALD A JOHNSON and ROSEMARY C CRAWFORD, Trustee | |
| Respondents | |

## MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO MOVANT PURSUANT TO 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq.

AND NOW, comes Movant ADAMS & COHEN, LLC as assignee to Ronald A Johnson (the "Movant"), by and through its undersigned, and files this Motion for Order Directing Payment of Funds to Movant Pursuant to 11 U.S.C. § 347 and 28 U.S.C. § 2041, et seq. (the "Motion"), representing as follows: The Parties

1. Ronald A Johnson is an individual residing in Pittsburgh, PA.

2. Adams & Cohen, LLC is a limited liability company incorporated in the State of Florida with offices in Jacksonville, FL. True and correct copies of the W-9 and AO213P form for Movant are attached hereto as Exhibit A.

3. Respondent, Ronald A Johnson, filed for bankruptcy protection pursuant to Chapter 11 of the Bankruptcy Code on September 27, 2017. The case was converted to Chapter 7 on May 18, 2018.

4. Rosemary C Crawford is the duly appointed Chapter 7 Trustee ("Trustee") and is currently acting in such capacity.

Jurisdiction and Venue

5. This matter is a core proceeding and this Court has jurisdiction pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Movant seeks relief pursuant to 11 U.S.C. §§ 347 and 350 and 28 U.S.C. § 2041, et seq.

Factual Background

6. On or about September 27, 2017, Ronald A Johnson filed for bankruptcy protection pursuant to Chapter 11 of the Bankruptcy Code. The case was converted to Chapter 7 on May 18, 2018.

7. On March 17, 2021, the Trustee filed a Receipt of Funds Received for Deposit into Registry Account. Receipt Number 17308, Fee Amount $11,875.00 with the Clerk, U.S. Bankruptcy Court (the "Clerk"). The Trustee stated that the check represented unclaimed funds owed to Ronald A Johnson. As shown above, Movant is the owner of those funds. A true and correct copy of the Receipt is attached hereto as Exhibit B.

8. The original dividend check was sent to Ronald A Johnson at 316 Broadway, Elizabeth, NJ 07206. That address is no longer valid. A true and correct copy of a document showing the Debtor once used the address of record is attached hereto as Exhibit C.

9. The Debtor changed his payment address and did not receive the $11,875.00 referenced in the Report as being monies to be distributed to the Debtor.

10. The Debtor entered into an assignment agreement ("Agreement") with the Movant on November 22, 2021 to assign his rights to the funds being held with the Clerk. A true and correct copy of the Agreement is attached hereto as Exhibit D.

11. Per the Agreement, the Debtor does not wish to incur the time or expense to seek or collect the funds from the Court. See Exhibit D.

12. Per the Agreement, the Movant agreed to pay the Debtor a sum certain to collect the funds. See Exhibit D.

13. Pursuant to 11 U.S.C. § 347 and 28 U.S.C. §§ 2041 and 2042, Movant requests that this Honorable Court issue an order directing payment by the Clerk to the Movant in the amount of $11,785.00 and further directing that payment be to Adams & Cohen, LLC.

WHEREFORE, Movant Adams & Cohen, LLC as assignee to Ronald A Johnson, respectfully requests that this Honorable Court grant the Movant's Motion for Order Directing Payment of Funds to Movant.

Respectfully submitted,

ADAMS & COHEN, LLC
By: _____
Jairo Camargo
PO Box 24048
Jacksonville, FL 32241
Telephone: 904-204-9148
Email: admin@adamscohen.com

Dated: November 22, 2021