FILED
11/24/21 1:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| RONALD A. JOHNSON, | Case No. 17-23925-TPA |
| *Debtor* | |
| | Chapter 7 |
| ADAMS & COHEN, LLC AS ASSIGNEE TO RONALD A. JOHNSON, | Related to Doc. No. 196 |
| *Movant* | |
| v. | |
| RONALD A. JOHNSON and ROSEMARY C. CRAWFORD, TRUSTEE, | |
| *Respondents* | |

## ***ORDER***

Movant Adams & Cohen, LLC ("A&C") has filed a ***Motion for Order Directing Payment of Funds to Movant Pursuant to 11 U.S.C. §347 and 28 U.S.C. §2041, et seq.*** ("Motion") at Doc. No. 196. The *Motion* is signed by Jairo Camargo, an individual who is identified as "Managing Member" of A&C. *See, Motion* at Exhibit E. However, since A&C is a corporate entity, *see Motion* at ¶2, it cannot act *pro se* and may only be represented in federal court by an attorney who has been admitted to this Court. *See, e.g., Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries, for example, that a corporation may appear in the federal courts only through licensed counsel."). Jairo Camargo has not been admitted to this Court and therefore he may not represent A&C in this matter.

AND NOW, this *24th* day of *November, 2021*, it is **ORDERED, ADJUDGED** and **DECREED** that the *Motion* is **DENIED**, without prejudice to being refiled by an attorney admitted to practice in this Court.

_____
Thomas P. Agresti, Judge
United states Bankruptcy Court

Case administrator to serve:

    Adams & Cohen, LLC, c/o Jairo Camargo, 841 Prudential Dr., Suite 1200, Jacksonville, Fla. 32207
Rosemary Crawford, Esq.
J. Michael Baggett, Esq.