# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In the Matter of:** | ) | |
| | ) | |
| **JOHNSON, RONALD A** | ) | Case No. **17-23925-TPA** |
| | ) | |
| **Debtor,** | ) | Chapter 7 |
| | ) | |
| **Rosemary C. Crawford, Trustee** | ) | Doc. No. |
| | ) | |
| **Movant,** | ) | |
| **No Respondent.** | ) | |

## TRANSMITTAL OF UNCLAIMED FUNDS

Rosemary C. Crawford, Trustee of this estate, reports the following:

    A check was issued to the following creditor on January 14, 2022, pursuant to the Order Approving the Trustee's Proposed Distribution of Property of the Estate at Docket No. 212.

    1.    A check made payable to the following creditor has not been cashed and ninety days have passed since the final distribution and a stop payment was placed on the check:

    $1,617.52

Consolidated Edison Company of New York, Inc
c/o Bankruptcy Group
4 Irving Place, Room 1875-S
New York, NY 10003

Total    $1,617.52

    2.    Due to this creditor not cashing its check said monies are being turned over to the Court. An electronic check for $1617.52 made payable to the Clerk, U.S. Bankruptcy Court is uploaded on the ECF system.

Respectfully submitted,

/s/ Rosemary C. Crawford
Rosemary C. Crawford, Esq., Trustee
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101
Pa. I.D. No. 56981
(724) 443-4757
crawfordmcdonald@aol.com

Dated May 11, 2022

Trustee Johnson Transmittal of Unclaimed Funds